# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

## MEMORANDUM ENDORSED

June 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 17, 2023

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** Stefan Henry v. 32-42 Broadway Owner LLC
Case No.1:23-CV-2252

Dear Judge Woods:

This firm represents Defendant 32-42 Broadway Owner LLC in the above-referenced matter.  This letter is written pursuant to Rule 1(E) of Your Honor's Individual Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from June 23, 2023 to July 24, 2023. The parties also request that the Initial Pretrial Conference presently scheduled for June 23, 2023 at 3:00pm be adjourned until a time convenient for this Court after Defendant's response to the complaint is due. This is the first request for an adjournment of these June 23, 2023 dates and these adjournments will not impact any other scheduled dates.

Plaintiff's counsel consents to these requests.  This request is made because the parties have been in engaged in settlement discussions and would like additional time to try to resolve this matter without additional judicial intervention.

Very truly yours,

Joseph J. DiPalma
(914) 872- 6920 Direct
Joseph.DiPalma@jacksonlewis.com
Jackson Lewis P.C.

JD/sl

cc:     All counsel of record via ECF

The parties' request to adjourn the initial pretrial conference, Dkt. No. 10, is granted.  The initial pretrial conference scheduled for June 23, 2023, is adjourned to July 27, 2023, at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's March 20, 2023 order are due no later than July 20, 2023.  The parties are further ordered to email a copy of their proposed case management plan to chambers in editable PDF format no later than July 20, 2023.  Because the deadline for Defendant to respond to the Complaint is "the date of the IPTC," *see* Dkt. No. 5, and the initial pretrial conference has been adjourned until July 27, 2023, Defendant's request for an extension of time to answer or otherwise respond to the Complaint is denied as moot.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated:  June 17, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge