Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

December 8, 2023

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2023
```

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312

Re:   ***Stefan Henry v. 32-42 Broadway Owner LLC v. JP Morgan Chase Bank, N.A.*, Civil Action No.: 1:23-cv-02252-GHW**

Dear Judge Woods:

This firm represents Third Party Defendant JPMorgan Chase Bank, N.A. (incorrectly named as JP Morgan Chase Bank, N.A.) ("Third Party Defendant") in the above-referenced action. We write, with both Plaintiff's and Third Party Plaintiff's consent, to respectfully request an extension of the deadline for Third Party Defendant to respond to the Third-Party Complaint, up to and including January 18, 2024.

By way of background, Plaintiff filed the Third-Party Complaint on November 15, 2023. ECF No. 29).  Third Party Defendant was served by hand on November 28, 2023.  (ECF No. 32). Accordingly, the present deadline for responding to the Complaint is December 19, 2023.

This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates. Third Party Defendant's late addition to this case meant that the fact discovery deadline passed prior to its inclusion in this matter, and Third Party Plaintiff specifically noted when asking for leave to implead Third Party Defendant that "a discovery extension will be required in any event." (ECF No. 25 at 4). This request is not intended to cause undue delay.  The undersigned has communicated with counsel for Plaintiff and Third Party Plaintiff, who both consent to this request.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

306549638v.1



Hon. Gregory H. Woods
December 8, 2023
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

JWE:clb

Application granted.  Third-Party Plaintiff JP Morgan Chase Bank, N.A.'s consent letter motion for an extension of time to answer or otherwise respond to the third-party complaint, Dkt. No. 34, is granted.  The deadline for Defendant to answer or otherwise respond to the complaint is extended to January 18, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.

Dated:  December 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

306549638v.1